Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED**

*Supreme Court of the United States*

UNITED STATES ~~DISTRICT COURT~~ *of America*

DEC 0 2 2024

Clerk, U.S. Courts
District of Montana
Missoula Division

*Pro Se*

for the

_____ District of _____

_____ Division

---

*Jesse Wayne Shoupe et al*

**Plaintiff(s)**

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

*Montana State et al*

**Defendant(s)**

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

*Order for the Appeal*
*Appeal to*
*Supreme Court*
*Remedy*
*Call for Justice*

---

**COMPLAINT FOR A CIVIL CASE** *and Criminal*

*Article VI    Article VI, 3*
*Violates the constitute and Declaration of Independence.*

**I.    The Parties to This Complaint**

    **A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | *Jesse Wayne Shoupe et al* |
| Street Address | *C/o Barbra Martin 103 Mission Ct* |
| City and County | *Missoula Mt 59803* |
| State and Zip Code | *Missoula, Mt 59803* |
| Telephone Number | *Message (406) 550-3426* |
| E-mail Address | |

    **B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

*Missoula County Justice Court, District Court, Magistrate Court*
*Police department, Jail/Detention facility, Ravalli county Justice and*
*District court Missoula County pretrial.*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name     Missoula Pre-trial and Compliance Monitoring Systems

Job or Title *(if known)*     Quo Warranto

Street Address     201 Broadway

City and County     Missoula    Missoula County

State and Zip Code     Montana    59801

Telephone Number

E-mail Address *(if known)*

**Defendant No. 2**

Name     Landee Holloway Justice of the Peace

Job or Title *(if known)*     Justice of Malfeasence Quo Warranto

Street Address     200 W Broadway

City and County     Missoula    Missoula County

State and Zip Code     Montana    59801

Telephone Number     (406)

E-mail Address *(if known)*

**Defendant No. 3**

Name     Trooper Eric Paulson MacBloom

Job or Title *(if known)*     Quo Warranto    Matt Jenning

Street Address     William Manahan Ted Fellman

City and County     200 w Broadway Missoula Mt

State and Zip Code     Mt 59801

Telephone Number

E-mail Address *(if known)*

**Defendant No. 4**

Name     Missoula District and Justice Courts clerks

Job or Title *(if known)*     Clerks

Street Address     200 w Broadway

City and County     Missoula    Missoula

State and Zip Code     59801

Telephone Number     406-

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question              ☒ Diversity of citizenship

*Who is the parent company?o*

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

*Conspiracy to oppress rights*

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Federal State and county land Title 18 S3412 Discrimination base on socio-economic status and religion, silencing freedom of speech, self incrimination, cruel and unusual punishment, the right to vote, violations of Article VI and Article VI, 3 2nd Ammendment 4th 5th 6th*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship *8th 9th and 14th 18th*

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual     *Class action*

   The plaintiff, *(name)* _Jesse Wayne Shoupe et al_, is a citizen of the State of *(name)* _Montana_.

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _N/A_, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)*

   _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual     *State of Montana*

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

   *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* Montana Missoula County , is incorporated under

the laws of the State of *(name)* Article VI Article VI, 3 , and has its

principal place of business in the State of *(name)* Missoula County .

Or is incorporated under the laws of *(foreign nation)* Article VI ,

and has its principal place of business in *(name)* Missoula County .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy Call for Justice

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Original Claim of $14,000,000.25 Persistant Conspiracy to oppress rights $10,000,000 for legal defence fund and a Call for Justice

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Pre trial Jury Malappropriation for private intrest. Discrimination based upon Socio-economic status with religious preference. Unwarranted Search and Seizure, Arrests made on speech alone. Ignoring Article VI and Article VI, 3. Oppressing right to Bear Arms. Chemical warfare. Cruel and unusual punishments. Indefinate detention. Committing Fraud, Purgery. Prohibitions on Alchohol. Paid with enumerated ions. Undue Burdens with self incrimination. Double Jeopardy. Ignoring statute of limitations. Depriving Life, Liberty, property without

## IV. Relief due process of Law, Conspiracies to eliminate human rights.

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages $14,000,000.25 X 3 Duress

$10,000,000.00 Legal defence fund

Call for Justice

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _Dec 2 2024_

Signature of Plaintiff    _Jesse Wayne Shoupe_
Printed Name of Plaintiff    _Jesse Wayne Shoupe_
_future Secretariat._

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Street Address    _____
State and Zip Code    _____
Telephone Number    _____
E-mail Address    _____