UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

_____

| | |
|---|---|
| JESSE WAYNE SHOUPE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 24-167-M-DWM |
| vs. | |
| MONTANA STATE, et al. | |
| Defendants. | |

_____

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of January 9, 2025 (Doc. 4), this action is DISMISSED.

    Dated this 10th day of February, 2025.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ T. Gesh
                                    T. Gesh, Deputy Clerk